UNITED STATES BANKRUPTCY COURT
OF COLORADO


RECEIVED
CLERK OF COURT
FEB 1 4 2019
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>New Century TRS Holdings, Inc.,<br><br>Debtors. | Case No.<br><br>Case No. 07-10416-KJC |
| Alan M. Jacobs, as Liquidating Trustee of The New Century Liquidating Trust,<br><br>Plaintiff,<br>v.<br><br>Safeco Insurance Company of America d/b/a Select Insurance Services,<br><br>Defendant. | Adv. Proc. No. 09-50860-KJC<br><br>19-00004 TBM |

## WRIT OF EXECUTION

**Judgment Creditor:**
Oak Point Partners, LLC, as Assignee of the New Century Liquidating Trust
5215 Old Orchard Rd, Suite 1000
Skokie, IL 60077

V.

**Judgment Debtor:**
Safeco Insurance Company of America
1001 4th Ave
Seattle, WA 98154

Amount of Judgment:

**$131,185.00**

Post-judgment Interest:

**$4,916.70**

Date of Entry of Judgment:

**September 28, 2009**

TO THE OFFICE OF UNCLAIMED PROPERTY FOR THE STATE OF COLORADO:

You are directed to turn over the property of the above-named judgment debtor to satisfy a money judgment in accordance with the following Request and Verification:

2/14/2019
Date

Clerk of Court
Kenneth S. Gardner

# REQUEST AND VERIFICATION

**In Re: Alan M. Jacobs, as Liquidating Trustee of The New Century Liquidating Trust vs. Safeco Insurance Company of America d/b/a Select Insurance Services**

Judgment:     $131,185.00
Interest:     $4,916.70
Amount Paid:  $347.20

**Total**     $135,754.50

Paul Standfield, Vice President of Finance of Oak Point Partners, LLC, as Assignee of the Judgment, requests the issuance of a Writ of Execution for the following funds and any additional funds held up to the total amount outstanding as shown above:

State of Colorado Department of the Treasury, Unclaimed Property Division

Claim ID(s):      5695831
Property ID(s):   7779247, 9224733, 9916737, 10980922, 11598395, 13196897, 13196898, 13196899, 13432874
Original Owner:   Safeco Insurance

**Remit Payment to:**

Oak Point Partners, LLC
P.O. Box 1033
Northbrook, IL 60065
Tel: (847) 483-8001
Tax ID: 30-0008093

I declare that the statements above are true to the best of my information, knowledge and belief.

2/7/19
Date

_[signature]_
Paul Standfield, Vice President of Finance,
Oak Point Partners, LLC f/k/a Oak Point Partners, Inc., *as Assignee of the New Century Liquidating Trust, pursuant to the Purchase Agreement and Assignment of Claims and Interests between the Parties dated September 28, 2009*

Subscribed and sworn to me this 7th day of February 2019

_[signature]_
Notary Public

My commission expires 1/30/2020

Official Seal
Dee M Bender
Notary Public State of Illinois
My Commission Expires 01/30/2020